UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER AURINGER,<br>ASHLEY GONZALEZ,<br>JOSE A. MENA,<br>DAVID TERRY,<br>                    Defendants. | 25-CR-156 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on **June 5, 2025, at 2:30 p.m.**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: May 14, 2025
         New York, New York

_____
DALE E. HO
United States District Judge