UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER AURINGER,<br>                              Defendant. | 25-CR-156-1 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    IT IS HEREBY ORDERED that the bail appeal hearing previously scheduled for June 30, 2025, is **RESCHEDULED** for **July 1, 2025,** at **3:00 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: June 30, 2025
       New York, New York

                                                         DALE E. HO
                                         United States District Judge