

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

September 4, 2025

<u>Via ECF</u>
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
New York, New York 10007

Re: *United States v. Christopher Auringer, et al.*, 25 Cr. 156 (DEH)

Dear Judge Ho:

The Government respectfully writes on behalf of the parties to request a 30-day adjournment of the next court appearance, which is currently scheduled for Monday, September 8, 2025, at 10 am.

Since the last court conference, the Government has been engaged in discussions with each of the parties regarding a potential disposition in this matter, and those discussions remain ongoing. As a result, the Government, with the consent of all parties, respectfully submits that an adjournment would be beneficial, as it would allow the parties to continue their respective discussions with the Government and provide additional time for review of discovery. For those same reasons, the Government respectfully requests, with consent from all parties, that the time between September 8, 2025, and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow for additional time to review discovery and allow the parties to discuss potential pretrial resolutions.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Diarra M. Guthrie
Assistant United States Attorney
(212) 637-2463

Cc: Defense Counsel (by ECF)

---

Application **GRANTED.** The conference previously scheduled for September 8, 2025, shall be adjourned until October 8, 2025, at 2:00 p.m. The Court hereby excludes time through October 8, 2025, from the Speedy Trial Act calculation under 18 USC 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial because it will allow additional time for the parties to review discovery and for the parties to discuss potential pretrial resolutions. The Clerk of Court is respectfully directed to close ECF No. 53. **SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: September 5, 2025
New York, New York