UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHRISTOPHER AURINGER,
ASHLEY GONZALEZ,
JOSE A. MENA, and
DAVID TERRY

Defendants.

S1 25-CR-156 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

It is hereby ORDERED that defendants Christopher Auringer and Ashley Gonzalez, their

respective counsel, and counsel for the Government shall appear for an arraignment and pretrial

conference on November 14, 2025, at 10:30 a.m.

It is further ORDERED that defendants Jose A. Mena and David Terry, their respective

counsel, and counsel for the Government shall appear for an arraignment and pretrial conference

on November 19, 2025, at 10:30 a.m.  Both conferences will take place in Courtroom 905 of the

Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

It is further ORDERED that counsel for the Government and all defendants shall confer

prior to the conferences regarding their views as to what effect, if any, the superseding

indictment should have on the schedule in this case.

SO ORDERED.

Dated:  November 4, 2025
        New York, New York

DALE E. HO
United States District Judge