UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER AURINGER,<br>ASHLEY GONZALEZ<br><br>                        Defendants. | 25-CR-156 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      IT IS HEREBY ORDERED that the arraignment previously scheduled for November 14, 2025, is RESCHEDULED for **November 26, 2025**, at **9:30 a.m.** Defendants Christopher Auringer and Ashley Gonzalez, their respective counsel, and counsel for the Government shall appear for the hearing in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Counsel are reminded to confer regarding scheduling prior to the November 19, 2026 appearance for other Defendants in this matter.

      SO ORDERED.

Dated: November 10, 2025
       New York, New York

                                                                             DALE E. HO
                                                       United States District Judge