UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER AURINGER,<br><br>                         Defendant. | (S1) 25-CR-156-1 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea.

Accordingly, the parties shall appear for a conference with the Court on **June 24, 2026, at 1:00**

**p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY

10007.

SO ORDERED.

Dated: June 16, 2026
　　　New York, New York

_____
　　　　　DALE E. HO
　　　United States District Judge