UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHRISTOPHER AURINGER,

Defendant.

25-CR-156-1 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 8, 2026, the Court was informed that production of the Final PSR will be delayed until October 30, 2026. The parties are directed to meet and confer and file a letter proposing new dates for the sentencing hearing by September 11, 2026.

SO ORDERED.

Dated: September 9, 2026
New York, New York

DALE E. HO
United States District Judge