UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHRISTOPHER AURINGER,

Defendant.

25-CR-156-1 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of the fact that the Final Presentence Report will not be completed until October 30, 2026, defense counsel is directed to notify the Court whether Defendant seeks an opportunity to supplement his sentencing submission after that date and/or an adjournment of the November 6, 2026 sentencing hearing. If so, defense counsel shall confer with the Government and file a letter on ECF by October 28, 2026, including proposed dates for a supplemental submission and/or a rescheduled sentencing hearing.

SO ORDERED.

Dated: October 27, 2026
New York, New York

DALE E. HO
United States District Judge