MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10287*

November 4, 2026

Application **GRANTED**. The Clerk of Court is respectfully directed to strike ECF No. 111 and close ECF No. 112. **SO ORDERED.**

Dated: November 5, 2026
New York, New York

Dale E. Ho
United States District Judge

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Christopher Auringer*, S1 25 Cr. 156 (DEH)**

Dear Judge Ho:

On November 2, 2026, the Government sought to file its sentencing submission in advance of defendant Christopher Auringer's sentencing in the above-captioned case. However, the Government inadvertently filed the document associated with Docket Entry No. 111 in error.

Thus, the Government writes to respectfully request that Docket Entry No. 111 be stricken from the docket. The Government will also file the correct sentencing submission in short order.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ________________
Diarra M. Guthrie
Assistant United States Attorney
(212) 637-2463
Diarra.Guthrie@usdoj.gov

cc: Counsel of record (by ECF)